IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY HAMELL-EL                                                                                    PETITIONER
Reg. #21399-044

V.                                     NO. 2:13CV00023 SWW-JTR

ANTHONY HAYNES, Warden,                                                          RESPONDENT
FCI-Forrest City

## ORDER

Respondent has filed a Response (docket entry #8) to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Petitioner is directed to file a Reply, addressing Respondent's arguments for dismissal, **on or before April 22, 2013.**

DATED THIS 25th DAY OF March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE